1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

CHRISTOPHER T. GARRETT,

12

           Petitioner,

13

        v.

14

M. McDONALD,

15

           Respondent.

16

_____

) Case No. CV 10-4102-PA (SP)
)
)
)
) **ORDER ACCEPTING FINDINGS AND**
) **RECOMMENDATION OF UNITED**
) **STATES MAGISTRATE JUDGE**
)
)
)
)
)
)

17
18

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

19

file, and the Report and Recommendation of the United States Magistrate Judge.

20

Petitioner has not filed any written Objections to the Report within the time

21

permitted.  The Court accepts the findings and recommendation of the Magistrate

22

Judge.

23

      IT IS THEREFORE ORDERED that Judgment will be entered denying the

24

Petition and dismissing this action with prejudice.

25
26

DATED:  February 18, 2014

                    _____

27

                    HONORABLE PERCY ANDERSON
                    UNITED STATES DISTRICT JUDGE

28